IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMANDA C. MORRIS                                                        PLAINTIFF

v.                                    No. 4:12-cv-281-DPM

U.S. BANK NATIONAL ASSOCIATION;
MICHAEL SHELLEY; and MIKE
RICHARDSON                                                           DEFENDANTS

## JUDGMENT

Morris's outrage claim is dismissed without prejudice.  № 20.  All her

other claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 February 2014